RK:CO
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| ISABEL LOPEZ | Case No.  25-mj-356 (JFD) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
            Isabel Lopez

who is accused of an offense or violation based on the following document filed with the court:

____ Indictment      ____ Superseding Indictment   ____ Information ____ Superseding Information  X  Complaint
____ Probation Violation Petition  ____ Supervised Release Violation Petition ____  Violation Notice ____ Order of the Court

On or about June 3, 2025, in the State and District of Minnesota, ISABEL LOPEZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance, that is, officers from the Federal Bureau of Investigation and the Hennepin County Sheriff's Office, where the acts in violation involved physical contact with the victim of that assault or the intent to commit another felony, all in violation of Title 18, United States Code, Section 111(a)(1).

Date:  June 9, 2025

_John F. Docherty_
*Issuing officer's signature*

City and State: St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                                    *Arresting officer's signature* |
|                                                                    _____<br>                                                                    *Printed name and title* |