UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISABEL LOPEZ,<br><br>Defendant. | CR 25-230 JRT/DJF<br><br>**INDICTMENT**<br><br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 231(a)(3) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**Count One**
(Assaulting, Resisting, and Impeding Certain Officers)

On or about June 3, 2025, in the State and District of Minnesota, the defendant,

**ISABEL LOPEZ**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer and employee was engaged in and on account of the performance of official duties, and any person assisting such an officer and employee in the performance of such duties and on account of that assistance, that is, an agent from the Federal Bureau of Investigation, where the acts in violation involved physical contact with the victim of that assault and the intent to commit another felony.

All in violation of Title 18, United States Code, Section 111(a)(1).

**Count Two**
(Assaulting, Resisting, and Impeding Certain Officers)

On or about June 3, 2025, in the State and District of Minnesota, the

SCANNED
JUN 10 2025
U.S. DISTRICT COURT MPLS

U.S. v. Isabel Lopez

defendant,

## ISABEL LOPEZ,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer and employee was engaged in and on account of the performance of official duties, and any person assisting such an officer and employee in the performance of such duties and on account of that assistance, that is, a deputy from the Hennepin County Sheriff's Office, where the acts in violation involved physical contact with the victim of that assault and the intent to commit another felony.

All in violation of Title 18, United States Code, Section 111(a)(1).

## Count Three
(Obstruction of Law Enforcement During Civil Disorder)

On or about June 3, 2025, in the State and District of Minnesota, the defendant,

## ISABEL LOPEZ,

committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected the conduct and performance of any federally protected function.

All in violation of Title 18, United States Code, Section 231(a)(3).

## Count Four
(Assaulting, Resisting, and Impeding Certain Officers)

On or about June 9, 2025, in the State and District of Minnesota, the

2

U.S. v. Isabel Lopez

defendant,

**ISABEL LOPEZ**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer and employee was engaged in and on account of the performance of official duties, and any person assisting such an officer and employee in the performance of such duties and on account of that assistance, that is, an agent from the Federal Bureau of Investigation, where the acts in violation involved physical contact with the victim of that assault and the intent to commit another felony.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY         FOREPERSON