LAW OFFICE OF
# JORDAN S. KUSHNER

TELEPHONE: (612) 288-0545  
FACSIMILE: (612) 288-0546

431 SOUTH 7TH STREET, SUITE 2446  
MINNEAPOLIS, MINNESOTA 55415  
jskushner@gmail.com

September 24, 2025

Hon. Dulce J. Foster  
United States Magistrate Judge  
U.S. District Court of Minnesota  
**VIA CM/ECF**

Re:   United States v. Isabel Lopez, Case No. 25-cr-230 (JRT/DJF)

Dear Magistrate Judge Foster:

     This letter is filed in compliance with the Court's text order of September 23, 2025 directing the parties to meet and confer, and advise the Court as to the need for the scheduled hearing on September 29, 2025.  (Doc. 48). Undersigned counsel conferred with the prosecutor shortly before the preparation of this letter. It is the defense position that the pretrial motions hearing should **not** be cancelled but should proceed as scheduled. The prosecution does not object to the defense request to proceed with the hearing.

     Ms. Lopez has expected an in-person hearing and it should be held for purposes of transparency. There is also a substantive need for a hearing to address outstanding discovery issues. The prosecution indicated in its response to Defendant's motions that it provided disclosure that the defense does not believe we have. The prosecution has agreed to further examine its disclosure in order to ascertain the information that has been provided, what further information can be provided, and hopefully have an answer by Monday. The scheduled hearing is the most efficient and effective means of making a clear record as to what further discovery the government is committing to provide, what discovery it is not willing to provide or claims it does not have, and to determine to a deadline(s) for providing further discovery.  Based on what is determined on outstanding discovery, the Court can then set briefing schedule to address remaining disputed issues regarding discovery and Defendant's motions to dismiss.

     Sincerely,

     s/Jordan S. Kushner  
     Jordan S. Kushner

cc: Ms. Rebecca Kline (via electronic filing)